## 12571. BRINKLEY *v.* THE STATE.

LUKE, J. The grounds of the motion for a new trial which have the approval of the trial judge are without merit. The evidence fully authorized the conviction of voluntary manslaughter. For no reason assigned was it error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 26, 1921.

Indictment for murder; from Wheeler superior court — Judge Eschol Graham. May 21, 1921.

*W. B. Kent,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.